**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7910

CURTIS L. WRIGHT,

Plaintiff - Appellant,

versus

WILLIAM SONDERVAN, Commissioner and Former
Commissioner of Maryland Division of
Corrections, sued in his individual and
official capacity; PATRICIA ALLEN, Deputy
Commissioner of Maryland Division of
Corrections, sued in her individual and
official capacity; THOMAS CORCORAN, Former
Warden of the Maryland Correctional Adjustment
Center, sued in his individual and official
capacity; SEWALL SMITH, Warden of the Maryland
Correctional Adjustment Center, sued in his
individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-03-3378-WDQ)

Submitted:  March 25, 2005          Decided:  April 21, 2005

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis L. Wright, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Phillip Michael Pickus, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis L. Wright appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. See Wright v. Sondervan, No. CA-03-3378-WDQ (D. Md. filed Nov. 3, 2004; entered Nov. 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED